⬛AO 245C (Rev. 3/01) Case 3:99-cr-00069-PG Amended Judgment in a Criminal Case Document 257    Filed 12/15/2004    (NOTE: Identify Changes with Asterisks (*))    Page 1 of 2

Def't's copy

# UNITED STATES DISTRICT COURT
District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CARLOS RUBERT-COLLAZO | AMENDED JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 99-CR-0069-02 (PG)<br>LUIS MEDINA-TORRES<br>Defendant's Attorney |

**Date of Original Judgment:** 03-08-02
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

- ☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
- X Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))
- ☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant to ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

**THE DEFENDANT:**

- X pleaded guilty to count(s) ONE (1) ON JULY 7, 1999
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) | Conspiracy to knowingly and intentionally possess with intent to distribute cocaine, a Schedule II Narcotic Drug Controlled Substance | 03-18-99 | one (1) |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- ☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 06-15-68

Defendant's USM No.: 17854-069

Defendant's Residence Address:
Urb. Las Margaritas II, F-30

Salinas, Puerto Rico 00751

Defendant's Mailing Address:
Same as above

JUNE 17, 2004
Date of Imposition of Judgment

S/ JUAN M. PEREZ-GIMENEZ
Signature of Judicial Officer

JUAN M. PEREZ-GIMENEZ, U. S. DISTRICT JUDGE
Name and Title of Judicial Officer

JUNE 17, 2004
Date

AO 245C (Rev. 3/01) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment       Case 3:99-cr-00069-PG   Document 257   Filed 12/15/2004   Page 2 of 2  (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 5

DEFENDANT: CARLOS RUBERT-COLLAZO
CASE 99-CR-0069-02 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __eighty-six (86) months__ .

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____  ☐ a ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant ADES on 10-21-04 to MDC HUA

at Puerto Rico with a certified copy of this judgment.

for: Ricardo E Chavez
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL